IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.   RDB-12-0669 |
| Zafer Bozkurt | * | |

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by \_\_\_\_\_Steve Levin\_\_\_\_\_, and the Government was represented by Assistant United States Attorney \_\_\_\_Judson Mihok\_\_\_\_, it is

**ORDERED**, this \_\_10th\_\_ day of \_\_January,\_\_ 2013\_\_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Susan K. Gauvey
United States Magistrate Judge